# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, J.P. LISIECKI**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## ADRIAN M. AGUINALDO
## CULINARY SPECIALIST THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201400183
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 25 February 2014.
**Military Judge**: CDR J.A. Maksym, JAGC, USN.
**Convening Authority**: Commanding Officer, USS STETHEM (DDG 63).
**Staff Judge Advocate's Recommendation**: LT J.A. Lovastik, JAGC, USN.
**For Appellant**: CDR Sabatino F. Leo, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**19 August 2014**

-------------------------------------------------------
## OPINION OF THE COURT
-------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court